928

No. 629. TISHMAN REALTY & CONSTRUCTION Co., INC. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *Eugene Eisenmann* for petitioner. *Solicitor General Perlman, Assistant Attorney General Underhill, Roger P. Marquis* and *John C. Harrington* for the United States.

No. 631. SIMONI *v.* D'IPPOLITO. Supreme Court of New Jersey. Certiorari denied. *Samuel Miles Fink* for petitioner. *Edwin J. McDermott* for respondent.

No. 632. SMITHDEAL ET AL., EXECUTORS, ET AL. *v.* ATLANTIC GREYHOUND CORP. C. A. 4th Cir. Certiorari denied. *Roy L. Deal* for petitioners. *B. S. Womble, W. P. Sandridge* and *Oscar L. Shewmake* for respondent.

No. 633. WHITE *v.* FITZPATRICK, COLLECTOR OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *John A. Danaher* and *Muriel S. Paul* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 634. TUREK *v.* PENNSYLVANIA RAILROAD Co. Supreme Court of Pennsylvania. Certiorari denied. *Joseph Matusow* for petitioner. *Philip Price* and *Hugh B. Cox* for respondent.

No. 636. BAXTER *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Irving K. Baxter* for petitioner.